

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-18-00740-CV

**IN THE INTEREST OF D.S., A CHILD,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02168
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On December 5, 2018, Assistant Criminal District Attorney, Vincent Petrucci, filed a notice of appearance as counsel on behalf of appellee – the State of Texas. Appellee's brief was due December 20, 2018. However, at this time, appellee has not filed a brief or a motion for extension of time.

We therefore **ORDER** appellee, who is represented by attorney Vincent Petrucci, to file a brief in this court on or before **January 28, 2019**. If appellee fails to file its brief on or before the date ordered, we will order the appeal submitted without one.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court